**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PAXTON BRADY KINOL, | : | CASE NO. 19-51279 JAM |
| | : | |
| DEBTOR | : | January 29, 2020 |

**MOTION FOR RULE 2004 EXAMINATION OF DEBTOR PAXTON BRADY KINOL**

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Bankr. R. 2004-1, Tracy San Martin, a creditor and party-in-interest in the above-captioned case (the "Movant"), by her undersigned counsel, hereby moves for entry of an order permitting counsel for the Movant to examine Debtor Paxton Brady (the "Debtor") concerning the acts, conduct or property of the Debtor, the liabilities and financial condition of the Debtor, and any matters which may affect the administration of the Debtor's estate.   In support of this motion, the Movant respectfully represents:

1.    On September 25, 2019, the Debtor filed a voluntary petition ("Petition") for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code ("Code").

2.    The Debtor is the former spouse of the Movant, and the Movant is a party in interest in this case and creditor of the Debtor as a result of, among other things, unpaid domestic support obligations of the Debtor.

3.    Pursuant to an Order for Constructive Trust dated May 24, 2019, entered by the Circuit Court for Montgomery County, Maryland, J. Allen Kosowsky was appointed as trustee ("Kosowsky, Trustee") over the Debtor's business interests in five commercial and residential real estate development projects through the Debtor's work at Belpointe Capital, LLC (collectively, the "Projects"), for the benefit of the Movant, and it was ordered that the Debtor and the Movant shall share equally in any profit from the

Projects.  The entities involved in each of the Projects are as follows:

A. Waypointe:

- 6 Butler Properties, LLC
- CP IV Waypointe BP I, LLC
- CP IV Waypointe BP, LLC
- CP IV Waypointe Investor, LLC (Not Kinol Related)
- Waypointe Investment I, LLC
- NW MFP Norwalk Town Center II, LLC
- 3Q Property, LLC
- 3 Quincy Holding, LLC
- M&C Partners III (Not Kinol Related)
- Somerset Holdings, LLC (Not Kinol Related)
- Norwalk West, LLC
- Waypointe Norwalk Holding, LLC
- Norwalk West III, LLC
- Seventeen Butler Street, LLC (Not Kinol Related)
- 467 West Avenue, LLC (Not Kinol Related)
- Norwalk Center Holding, LLC
- Belpointe Multifamily Development Fund I, LP
- Waypointe Investment Holding, LLC

B. Berkeley and Quincy:

- 6 Butler Properties, LLC
- CP IV Waypointe BP I, LLC
- CP IV Waypointe BP, LLC
- CP IV Waypointe Investor, LLC (Not Kinol Related)
- Waypointe Investment I, LLC
- NW MFP Norwalk Town Center II, LLC
- 3Q Property, LLC
- 3 Quincy Holding, LLC
- M&C Partners III (Not Kinol Related)
- Somerset Holdings, LLC (Not Kinol Related)
- Norwalk West, LLC
- Waypointe Norwalk Holding, LLC
- Norwalk West III, LLC
- Seventeen Butler Street, LLC (Not Kinol Related)
- 467 West Avenue, LLC (Not Kinol Related)
- Norwalk Center Holding, LLC
- Belpointe Multifamily Development Fund I, LP
- Waypointe Investment Holding, LLC

C. Pinnacle:

- Norwalk Town Center II, LLC
- MFP Norwalk Retail, LLC
- Norwalk West II, LLC
- MFP Norwalk Retail (Parallel) Sub, LLC (Not Kinol Related)
- Norwalk Center Holding, LLC
- Seventeen Butler Street, LLC (Not Kinol Related)
- 467 West Avenue, LLC (Not Kinol Related)
- Belpointe Capital, LLC
- Kinol Companies, LLC
- Lacoff Holding, LLC (Not Kinol Related)
- MFP Norwalk Retail (Parallel), LLC (Not Kinol Related)
- MacFarlane Urban Real Estate Fund III, LP (Not Kinol Related)

D. Baypointe:

- Baypointe Holding, LLC
- Aviva Recap Fund Stamford Splitter, LP (Not Kinol Related)
- Belpointe Southfield, LLC
- Belpointe Multifamily Development Fund, I, LP
- Baypointe Investment Holding, LLC
- Belpointe Real Estate Holdings II, LLC
- Kinol Companies II, LLC
- Lacoff Holding, LLC
- Belpointe Real Estate Partners, LLC
- Somerset Holdings, LLC (Not Kinol Related)

4.    In the Petition and schedules the Debtor filed with the Court, the Debtor listed his interests in the entities listed in paragraph 3 above and noted that the Movant is entitled to 50% of any distribution due the Debtor from such entities, but the Debtor has provided no information sufficient to determine the current status of the operations of the entities, his interests in the entities, or what distributions, if any, have been made or may be made in the future concerning the entities.  Upon information and belief, the Debtor has refused to cooperate with Kososowsky, Trustee, and has failed and refused to provide to Kosowsky, Trustee and to the Movant, as required by the terms of the

Order for Constructive Trust, all books and records required to enable them to determine the profit or anticipated profit due and owing to the Debtor from the entitles involved in the Projects.

5. Indeed, the Debtor has asserted that he has little or no property or assets which are available as sources of funds to repay his creditors, including the Movant, and an examination of the Debtor is necessary to, among other things, obtain information regarding such assertions as well as information concerning the Debtor's interests in and any disposition of various assets and property, including the entities involved in the Projects.

6. In accordance with Local Bankr. R. 2004-1(c), a copy of the proposed subpoena for production of documents the Movant seeks to serve on the Debtor in connection with the Rule 2004 examination sought by this motion is attached hereto as Exhibit 1, and the *Proposed* Order for Rule 2004 Examination of Debtor Paxton Brady Kinol accompanies this motion.

WHEREFORE, Movant Tracy San Martin requests that this Court enter an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure permitting counsel for the Movant to examine Debtor Paxton Brady Kinol concerning the acts, conduct or property of the Debtor, the liabilities and financial condition of the Debtor, and any matters which may affect the administration of the Debtor's estate, and ordering the Debtor to appear for and submit to such examination.

                        THE MOVANT, TRACY SAN MARTIN

                        By:   /s/ David B. Zabel_____
                             David B. Zabel, Esq. (ct 01382)
                             E-mail:  dzabel@cohenandwolf.com
                             Cohen and Wolf, P.C.
                             1115 Broad Street
                             Bridgeport, CT  06604
                             Tele:  (203) 368-0211
                             Fax:   (203) 394-9901