**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PAXTON BRADY KINOL, | : | CASE NO. 19-51279 JAM |
| | : | |
| DEBTOR | : | January 29, 2020 |

**NOTICE RE:**
**MOTION FOR RULE 2004 EXAMINATION OF DEBTOR PAXTON BRADY KINOL**

PLEASE TAKE NOTICE that pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Bankr. R. 2004-1, Tracy San Martin, a creditor and party-in-interest in the above-captioned case (the "Movant"), by her undersigned counsel, has filed a Motion for Rule 2004 Examination of Debtor Paxton Brady Kinol dated January 29, 2020 (the "Motion"), together with a *Proposed* Order for Rule 2004 Examination of Debtor Paxton Brady Kinol (the "*Proposed* Order") and this Notice.

PLEASE TAKE FURTHER NOTICE that:

- Any objection to the Motion must be filed with Court on or before February 5, 2020 (the "Objection Deadline")
- In the absence of a timely filed objection to the Motion, the *Proposed* Order may enter without further notice or hearing.

THE MOVANT, TRACY SAN MARTIN

By:   /s/ David B. Zabel
David B. Zabel, Esq. (ct 01382)
E-mail:  dzabel@cohenandwolf.com
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:  (203) 368-0211
Fax:  (203) 394-9901