**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: KINOL, PAXTON BRADY | § | Case No. 19-51279-JAM |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 25, 2019.  The undersigned trustee was appointed on September 25, 2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $     40,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 29.83 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 39,970.17 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/12/2020 and the deadline for filing governmental claims was 03/23/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,750.00, for a total compensation of $4,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2021         By: /s/RICHARD M. COAN
                              Trustee, Bar No.: ct06376

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-51279-JAM  
**Case Name:** KINOL, PAXTON BRADY  

**Period Ending:** 01/04/21

**Trustee:** (270140) RICHARD M. COAN  
**Filed (f) or Converted (c):** 09/25/19 (f)  
**§341(a) Meeting Date:** 10/23/19  
**Claims Bar Date:** 05/12/20

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2017 Chevy Tahoe, 53000 miles, Lease. Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothes Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Animals: Dog not viable for breeding due to grow Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Deposits of money: Checking Account: Citibank NA Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Roth IRA: Financial Account: LPL Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Ret. or Pension Acct.: Financial Account: LPL Jo Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | T Row 529A Plan for daughter $114,000 Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Int. in Ins. policies: Insurance: renters insura Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Int. in Ins. policies: Insurance: standard term Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Belpointe Capital LLC, 33% ownership Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Kinol Companies LLC Pursuant to Order for Constr | Unknown | Unknown | | 0.00 | FA |
| 15 | Kinol Companies II LLC (pursuant to Divorce Decr | Unknown | Unknown | | 0.00 | FA |
| 16 | Kinol Management LLC, 1% ownership Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Kinol Management II LLC, 100% ownership Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-51279-JAM  
**Case Name:** KINOL, PAXTON BRADY  

**Trustee:** (270140) RICHARD M. COAN  
**Filed (f) or Converted (c):** 09/25/19 (f)  
**§341(a) Meeting Date:** 10/23/19  

**Period Ending:** 01/04/21  
**Claims Bar Date:** 05/12/20  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | Stillwater Investment Management Corp., 100% own | Unknown | Unknown | | 0.00 | FA |
| 19 | Purchase option on Debtor's leased homes for pri Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | List of companies in which debtor has no interes Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Fraudulent conv. claim vs. debtor's wife. (u) | 125,000.00 | 125,000.00 | | 40,000.00 | FA |
| 21 | Assets   Totals (Excluding unknown values) | $133,500.00 | $125,000.00 | | $40,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

12/30/19 Reminded counsel that I am waiting for an offer re fraudulent conveyance claim against wife.

2/1/20 Emailed another reminder.

3/2/20 Emailed another reminder.

3/26/20 Emailed another reminder

6/26/20 Will commence adversary proceeding

07/17/20 Emailed creditor's attorney for name of debtor's wife. Creditor will conduct Rule 2004 exam to get more information about assets, but Covid-19 has slowed things down

07/28/20 Filed fraudulent conveyance complaint against wife.

09/11/20 Default entered yesterday;  debtor called on 9/9 and wants to settle. I requested copy of sales slip.

10/15/20 Debtor agreed to pay a lump sum of $40,000 to settle the fraudulent conveyance case against his wife. Debtor also explained further why all of his LLC's are without value because of failed  real estate projects. Former wife may conduct a rule 2004 exam to follow up on that. issue.

12/15/20 Received $40,000 settlement approved by court on 11/24/20

**Initial Projected Date Of Final Report (TFR):**   December 31, 2020    **Current Projected Date Of Final Report (TFR):**   March 31, 2021

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 19-51279-JAM  
**Case Name:** KINOL, PAXTON BRADY

**Taxpayer ID #:** **-***8168  
**Period Ending:** 01/04/21

**Trustee:** RICHARD M. COAN (270140)  
**Bank Name:** Mechanics Bank  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $24,597,604.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/20 | {21} | TINA M. KINOL | SETTLEMENT FUNDS PER ORDER OF 11/24/2020 | 1241-000 | 40,000.00 | | 40,000.00 |
| 12/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.83 | 39,970.17 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 40,000.00 | 29.83 | $39,970.17 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 40,000.00 | 29.83 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$40,000.00** | **$29.83** | |

Net Receipts :  40,000.00  
Net Estate :  $40,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9766** | 40,000.00 | 29.83 | 39,970.17 |
| | $40,000.00 | $29.83 | $39,970.17 |

{} Asset reference(s)

Printed: 01/04/2021 05:28 PM    V.20.29

# Claims Register

## Case: 19-51279-JAM    KINOL, PAXTON BRADY

Claims Bar Date: 05/12/20

| Claim Number | Claimant Name | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | RICHARD M. COAN<br>495 ORANGE ST.<br>NEW HAVEN, CT 06511-3809 | Admin Ch. 7<br>09/25/19 | | $4,750.00<br>$4,750.00 | $0.00 | $4,750.00 |
| | CLERK<br>UNITED STATES BANKRUPTCY COURT<br>915 LAFAYETTE BOULEVARD<br>BRIDGEPORT, CT 06604 | Admin Ch. 7<br>09/25/19 | Ad Pro 20-5020 | $350.00<br>$350.00 | $0.00 | $350.00 |
| | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC<br>495 ORANGE STREET<br>NEW HAVEN, CT 06511 | Admin Ch. 7<br>09/25/19 | | $3,870.00<br>$3,870.00 | $0.00 | $3,870.00 |
| 1 | Quantum3 Group LLC as agent for MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>02/19/20 | OK | $33,939.75<br>$33,939.75 | $0.00 | $33,939.75 |
| 2 | Berkeley Quincy Investment Holding LLC<br>c/o Alex Brown Realty, Inc.,Attn: Brent Stickland,111 Rockville Pike, Suite 800<br>Rockville, MD 20850 | Unsecured<br>03/09/20 | OK | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 | URY & MOSKOW, LLC<br>c-o Anthony J. LaBella, Esquire,Ury & Moskow, L.L.C.,883 Black Rock Turnpike<br>Fairfield, CT 06825 | Unsecured<br>03/09/20 | OK | $7,751.33<br>$7,751.33 | $0.00 | $7,751.33 |
| 4 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.,c/o Robertson, Anschutz & Schneid, P.L.,6409<br>Boca Raton, FL 33487 | Unsecured<br>04/06/20 | 7654<br>OK | $17,067.78<br>$17,067.78 | $0.00 | $17,067.78 |
| 5 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured<br>04/13/20 | OK | $8.55<br>$8.55 | $0.00 | $8.55 |
| 6 | Tracy San Martin<br>7833 White Rim Terrace<br>Potomac, MD 20854 | Priority<br>04/14/20 | OK | $9,000.00<br>$9,000.00 | $0.00 | $9,000.00 |

# Claims Register

## Case: 19-51279-JAM    KINOL, PAXTON BRADY

Claims Bar Date: 05/12/20

| Claim Number | Claimant Name | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Law Offices of Jeffrey Hellman, LLC<br>Attn: Jeffrey Hellman, Esq.<br>195 Church Street, 10th Floor<br>New Haven, CT 06510 | Unsecured<br>04/30/20 | OK | $400.00<br>$400.00 | $0.00 | $400.00 |
| 8 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Unsecured<br>05/11/20 | 1929<br>OK | $118,479.25<br>$118,479.25 | $0.00 | $118,479.25 |
| 9 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Unsecured<br>05/12/20 | 3434<br>OK | $1,256.44<br>$1,256.44 | $0.00 | $1,256.44 |
|  |  |  | **Case Total:** |  | **$0.00** | **$196,873.10** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 19-51279-JAM
Case Name: KINOL, PAXTON BRADY
Trustee Name: RICHARD M. COAN

**Balance on hand:** $ 39,970.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 39,970.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. COAN | 4,750.00 | 0.00 | 4,750.00 |
| Attorney for Trustee, Fees - COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | 3,870.00 | 0.00 | 3,870.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses: $ 8,970.00
Remaining balance: $ 31,000.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 31,000.17

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Tracy San Martin | 9,000.00 | 0.00 | 9,000.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 9,000.00 |
| Remaining balance: | $ | 22,000.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 178,903.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 33,939.75 | 0.00 | 4,173.66 |
| 2 | Berkeley Quincy Investment Holding LLC | 0.00 | 0.00 | 0.00 |
| 3 | URY & MOSKOW, LLC | 7,751.33 | 0.00 | 953.20 |
| 4 | JPMorgan Chase Bank, N.A. | 17,067.78 | 0.00 | 2,098.87 |
| 5 | Ashley Funding Services, LLC | 8.55 | 0.00 | 1.05 |
| 7 | Law Offices of Jeffrey Hellman, LLC | 400.00 | 0.00 | 49.19 |
| 8 | Citibank, N.A. | 118,479.25 | 0.00 | 14,569.69 |
| 9 | Citibank, N.A. | 1,256.44 | 0.00 | 154.51 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 22,000.17 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**